## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RICHARD D. WEAVER**
**ADC #120689**                                                       **PLAINTIFF**

v.                                    No. 1:17-cv-4-DPM

**TRACY HAZZLEWOOD, CPL, Cleburne**
**County Detention Center;  KIM RACKLEY, CPL,**
**Cleburne County Detention Center;  TERESA**
**VAUGHN, Nurse, Dr. Vaughn's Practice;**
**ANGELO ALDRIGHETTI, Jail Administrator,**
**Cleburne County Detention Center; and CODY**
**HOLLDORFF, Jailer, Cleburne County**
**Detention Center**                                                **DEFENDANTS**

### ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes).  The recommendation was initially

returned undeliverable. № 4.  But a second copy mailed to Weaver's updated

address hasn't been returned.  Weaver hasn't paid the filing fee or filed an

application to proceed *in forma pauperis*; and the time to do so has passed.

№ 2.  His complaint will therefore be dismissed without prejudice. LOCAL

RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying

Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
United States District Judge

7 April 2017