# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RICHARD D. WEAVER
ADC #120689                                                                PLAINTIFF

v.                                       No. 1:17-cv-4-DPM

TRACY HAZZLEWOOD, CPL, Cleburne
County Detention Center; KIM RACKLEY, CPL,
Cleburne County Detention Center; TERESA
VAUGHN, Nurse, Dr. Vaughn's Practice;
ANGELO ALDRIGHETTI, Jail Administrator,
Cleburne County Detention Center; and CODY
HOLLDORFF, Jailer, Cleburne County
Detention Center                                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2017